**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**
**CASE NO. 3:20-cv-557-RGJ**

**DAVID JOHNSON, Pro Se**                                                                                           **PLAINTIFF**

**v.**

**LOUISVILLE/JEFFERSON COUNTY METRO**
**GOVERNMENT,** *et al.*                                                                                              **DEFENDANTS**

\*\*\* \*\*\* \*\*\* \*\*\*
*Electronically Filed*
**NOTICE OF ENTRY OF APPEARANCE OF CHRIS J. GADANSKY**

The Court and all parties are hereby notified that the undersigned counsel hereby enters his appearance as co-counsel for Defendant Louisville/Jefferson County Metro Government; Mayor Greg Fischer, in his individual and official capacity; Chief Robert Schroeder, in his individual and official capacity; and Assistant Chief LaVita Chavous, in her individual and official capacity. The Court and counsel are requested to serve all papers and other things required to be served upon the undersigned counsel.

                                                               Respectfully submitted,

                                                               */s/ Chris J. Gadansky*
                                                               CHRIS J. GADANSKY
                                                               JAMES E. MCKIERNAN, III
                                                               McBrayer PLLC
                                                               500 West Jefferson Street
                                                               Suite 2400
                                                               Louisville, Kentucky 40202
                                                               Phone: (502) 327-5400
                                                               cgadansky@mcbrayerfirm.com
                                                               jmckiernan@mcbrayerfirm.com
                                                               *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2020, the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notice of electronic filing to the registered counsel.

      */s/Chris J. Gadansky*

      CHRIS J. GADANSKY