# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

**HON. DAVID ROSS JOHNSON**                                                                 **PLAINTIFF**

**v.**                                                               **CIVIL ACTION NO. 3:20-CV-557-CHB**

**LOUISVILLE/JEFFERSON COUNTY**
**METRO GOVERNMENT et al**                                                                  **DEFENDANT**

## **ORDER**

A telephonic status conference was conducted in this matter on September 1, 2021. Plaintiff David R. Johnson participated, *pro se*. James E. McKiernan, III participated on behalf of the defendants.

Based on a discussion, the parties are proceeding with the case in accordance with the scheduling order entered on July 29, 2021 (DN 25). A further telephonic status conference is scheduled for **November 3, 2021 at 11:00 a.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge. To participate in the conference, counsel shall use the following dial in information: 1-888-808-6929, Access Code 2887606.

Date: September 1, 2021          **ENTERED BY ORDER OF COURT:**
                                 **REGINA S. EDWARDS, MAGISTRATE JUDGE**
                                 **UNITED STATES DISTRICT COURT**
                                 **JAMES J. VILT, JR., CLERK**
                                 **By:        /s/   *Ashley Henry***
                                 **Deputy Clerk**

Copies to counsel

0|05