# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**HON. DAVID ROSS JOHNSON**                                                                **PLAINTIFF**

**v.**                                                                                 **CIVIL ACTION NO. 3:20-CV-557-CHB**

**LOUISVILLE/JEFFERSON COUNTY**
**METRO GOVERNMENT et al**                                                               **DEFENDANT**

## ORDER

A telephonic status conference was conducted in this matter on November 3, 2021. Plaintiff David R. Johnson participated, *pro se*. James E. McKiernan, III and Chris J. Gadansky participated on behalf of the defendants.

Based on a discussion, the parties' motion to amend the scheduling order is **GRANTED** and the deadlines are extended as follows:

Any motion to amend pleadings or motion to join additional parties shall be filed

    By Plaintiff:    no later than November 19, 2021

    By Defendants:    no later than December 12, 2021

A further telephonic status conference is scheduled for **January 12, 2022 at 11:30 a.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge. To participate in the conference, counsel shall use the following dial in information: 1-888-808-6929, Access Code 2887606.

The Clerk of Court is directed to mail a copy of the Pro Se Handbook to Plaintiff.

Regina S. Edwards, Magistrate Judge
United States District Court

Copies to counsel

0|15

November 3, 2021